1

2

3

4

5

6

7

8

9

10

11

12              # UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

15   ROBERT ALEXANDER,                      CV F 03 5249 OWW LJO P

16                    Plaintiff,

17        v.                                ORDER TO SHOW CAUSE WHY THE
                                            ACTION SHOULD NOT BE DISMISSED FOR
18                                          FAILURE TO PROSECUTE THE ACTION

19   PEREZ, et. al.,

20                    Defendants.
     _____/

21

22        Robert Alexander ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

23   in this civil rights action filed pursuant to 42 U.S.C. § 1983.

24        This action was filed on February 27, 2003.  On May 26, 2005, this Court issued a

25   Discovery and Scheduling Order setting a dispositive motion deadline for March 27, 2006.  On

     January 24, 2006, Defendants moved to extend the dispositive motion deadline.  The request was
26
     granted and the deadline extended to April 28, 2006.  However, the Order served on Plaintiff was
27
     returned to the Court marked "Paroled RTS."  To date, Plaintiff did not submit a change of
28

                                            1

1  address with the Court.  In addition, no dispositive motion has been filed by either party and the

2  case is ready to be set for trial.

3         Local Rule 83-183(b) requires a party appearing in propria persona is to keep the court

4  apprised of his or her current address at all times.  Local Rule 83-183(b) provides, in pertinent

5  part:

6         If mail directed to a plaintiff in propria persona by the Clerk is
          returned by the U.S. Postal Service, and if such plaintiff fails to
7         notify the Court and opposing parties within sixty (60) days
          thereafter of a current address, the Court may dismiss the action
8         without prejudice for failure to prosecute.

9         As noted above, this action is ready to be set for trial.  However, given the returned mail,

10 no change of address for Plaintiff, and the Court's burgeoning docket, the Court is disinclined to

11 set the matter for trial unless it is clear that Plaintiff intends to prosecute the action.  Accordingly,

12 the Court HEREBY ORDERS:

13         1.     Plaintiff to SHOW CAUSE within TWENTY (20) days of the date of service of

14                this Order, why the action should not be dismissed for failing to prosecute by

15                keeping the Court apprised of his current address.

16         Petitioner is forewarned that his failure to comply with this order will result in a

17 Recommendation that the action be dismissed.

18 IT IS SO ORDERED.

19 **Dated:    May 13, 2006**              _____/s/ Lawrence J. O'Neill_____
     b9ed48                              UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28